**Order entered January 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01424-CV

### TEXAS  DEPARTMENT  OF TRANSPORTATION, Appellant

### V.

### GLENDA REID, Appellee

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0104**

## ORDER

Before the Court is appellee's January 23, 2019 unopposed motion for an extension of

time to file a brief.  We **GRANT** the motion and extend the time to **February 22, 2019**.


/s/      KEN MOLBERG
JUSTICE